IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-560-F

| | |
|---|---|
| SECRETARY OF VETERAN AFFAIRS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN A. MOORE, STACY A. MOORE, ) <br> PATRICIA B. BISSETTE, and FM ) <br> LENDING SERVICES, LLC., ) <br> ) <br> Defendants. ) | **ORDER** |

This matter is before the court on a Joint Motion for Court Hosted Settlement Conference [DE-17] and Joint Motion to Stay Proceedings Pending Mediation [DE-18]. In the former motion, the parties represent that they believe that court-hosted mediation will be extremely helpful in resolving this matter. In the latter, the parties further request that these proceedings be stayed for 90 days to allow for mediation.

For good cause shown, the motions are ALLOWED. It is ORDERED that United States Magistrate Judge Robert B. Jones, Jr., is hereby APPOINTED settlement master. The parties are DIRECTED to consult with Magistrate Judge Jones and schedule a settlement conference to occur **on or before July 17, 2015**. The settlement conference shall be conducted pursuant to the provisions of Local Alternative Dispute Resolution Rule 101.2, EDNC. Proceedings in this matter are STAYED until July 20, 2015, or until the parties otherwise notify the court of a resolution in the matter.

SO ORDERED.

This, the 21' day of April, 2015.

*[signature: James C. Fox]*
JAMES C. FOX
Senior United States District Judge