UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-560-F

| | | |
|---|---|---|
| SECRETARY OF VETERANS AFFAIRS, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| JOHN A. MOORE, STACY A. MOORE, PATRICIA B. BISSETTE, and FM LENDING SERVICES, L.L.C., | ) ) ) ) | |
| Defendants. | ) ) | ORDER |
| JOHN A. MOORE and STACY A. MOORE, | ) ) ) | |
| Third-Party Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. TAYLOR, BEAN & WHITAKER MORTGAGE CORP. and RESIDENTIAL CREDIT SOLUTIONS, INC., | ) ) ) ) ) ) | |
| Third-Party Defendants. | ) | |

Upon Motion of Defendants Patricia B. Bissette and FM Lending Services, L.L.C., and for sufficient cause appearing, it is Ordered, pursuant to Local Civil Rule 101.2(d)(2) that Defendants Patricia B. Bissette and FM Lending Services, L.L.C. are excused from attending the court-hosted settlement conference in this action, so long as they are represented at the settlement conference by counsel of record and a representative of their insurance carrier with authority to negotiate for a settlement of Plaintiff's claim against such Defendants.

SO ORDERED this 14 day of May, 2015.

Robert B. Jones, Jr.
United State Magistrate Judge