UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SECRETARY OF VETERANS AFFAIRS,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. MOORE, STACY A. MOORE, PATRICIA B. BISSETTE, and FM LENDING SERVICES, LLC,<br><br>Defendants.<br><br>JOHN A. MOORE and STACY A. MOORE,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., TAYLOR, BEAN, & WHITAKER MORTGAGE CORP., and RESIDENTIAL CREDIT SOLUTIONS, INC.,<br><br>Third-Party Defendants. | **CASE NO. 5:14-cv-00560-F**<br><br>**Removed from Wake County Superior Court**<br>**CASE NO. 13-CVS-8823** |

## ORDER ON MERS MOTION TO ATTEND THE MEDIATED SETTLEMENT CONFERENCE VIA TELEPHONE

Upon Motion of Defendant Mortgage Electronic Registration Systems, Inc. ("MERS") and for sufficient cause appearing, it is Ordered, pursuant to Local Civil Rule 101.2(d)(2) that Defendant MERS be excused from requirement of physical attending the court-hosted settlement conference in this action and be allowed to attend the same via teleconference.

SO ORDERED this _1_ day of _June_, 2015.

Robert B. Jones, Jr.
United State Magistrate Judge

1