IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CV-560-F

SECRETARY OF VETERAN AFFAIRS, )
                               )
          Plaintiff,           )
                               )
     v.                        )     ORDER
                               )
JOHN A. MOORE, STACY A MOORE,  )
PATRICIA B. BISSETTE, and FM   )
LENDING SERVICES, LLC.,        )
                               )
          Defendants.          )

UPON CONSIDERATION OF the Parties' Joint Motion to Stay
Court Order, and the entire record,

IT IS HEREBY ORDERED on this __7__ day of August, 2015, that
the parties' joint motion is GRANTED;

IT IS FURTHER ORDERED that the parties shall have up to and
including October 9, 2015, to file the appropriate documents to
dismiss this case.

SO ORDERED.

ROBERT B. JONES, JR.
United States Magistrate Judge