IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-560-F

| | |
|---|---|
| SECRETARY OF VETERAN AFFAIRS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| JOHN A. MOORE, STACEY A. MOORE, ) | |
| PATRICIA B. BISSETTE, and FM ) | |
| LENDING SERVICES, LLC., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on a Motion Abstention and Remand to State Court [DE-6] filed by Defendants Patricia B. Bissette and FM Lending Services, and on Plaintiff Secretary of Veteran Affairs's Motion for Referral [DE-15]. The parties have reached a contingent agreement to settle all matters in this case. Therefore, the motions are DISMISSED WITHOUT PREJUDICE to refile should the settlement not be consummated on or before October 9, 2015.

SO ORDERED.

This, the /6 day of August, 2015.

JAMES C. FOX
Senior United States District Judge